IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT IN
AND FOR FLAGLER COUNTY,
FLORIDA

CASE NUMBER:

HYDRO CONTROL INC A/A/O DRYPRO INC
A/A/O OCEANSIDE COTTAGES, LLC,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, individually, by and through the undersigned attorney and sues the Defendant, Scottsdale Insurance Company (hereinafter sometimes referred to as "Scottsdale"), and alleges as follows:

1. At all material times hereto, Plaintiff corporation was and is a Florida corporation with principal place of business in Florida, and the policy of insurance written by Scottsdale was issued by Defendant Scottsdale in the State of Florida.

2. At all material times hereto, Defendant Scottsdale was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Flagler County, Florida.

3. Plaintiff brings this action as an assignee of DryPro Inc. Attached hereto as "Exhibit A" is a copy of the assignment from DryPro Inc to Hydro Control Inc.

4. DryPro Inc. received an assignment of benefits from Oceanside Cottages, LLC as the Insured/Insured's Agent, on October 15, 2016. Attached hereto as "Exhibit B" is a copy of the assignment from Oceanside Cottages, LLC to DryPro Inc.

5. The Insured sought insurance from Defendant Scottsdale to cover its property, and a policy of insurance, including but not limited to coverages to protect against water damage, was issued by the Defendant.

6. On or about 10/06/2016, Oceanside Cottages, LLC's property located at 1204 S. Oceanshore Blvd., Flagler Beach, FL was damaged by a sudden water event.

7. Plaintiff provided necessary water damage cleaning and repair services at Oceanside Cottages, LLC's property. In consideration for Plaintiff's services, Oceanside Cottages, LLC agreed to allow direct billing of its insurance carrier, Scottsdale and agreed to assign rights under its insurance policy pertaining only to the services Plaintiff provided.

8. Plaintiff submitted reasonably priced bills for services rendered and has not been paid in full by Defendant, Scottsdale.

9. This is an action related to Defendant's failure to pay full value for Plaintiff's services.

## COUNT I-BREACH OF CONTRACT AGAINST DEFENDANT SCOTTSDALE

10. Plaintiff realleges paragraphs 1-9 and incorporates the same by reference herein.

11. This is an action for breach of contract with damages greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs, and attorney's fees.

12. Oceanside Cottages, LLC's insurance with Defendant was in full force and effect as to Oceanside Cottages, LLC when its property was damaged, and it is a named insured under claim number 01731350. A true and correct copy of the policy is in control of Defendant, and will be provided through discovery.

13. Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover under the policy or the conditions have been waived.

14. Jurisdiction and venue are proper in Flagler County, Florida.

15. Despite demand for payment, Defendant has failed or refused to pay all of Plaintiff's bill(s).

16. Defendant's refusal to reimburse Plaintiff adequately for the services provided, and otherwise make Plaintiff whole, is a breach of contract.

17. Plaintiff has been damaged as a result of Defendant's breach in the form of insurance proceeds that have not been paid, interest, costs, and attorney's fees.

18. As a result of Defendant's breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the undersigned attorney's services in bringing this action, plus necessary costs.

19. Plaintiff has been and remains fully prepared to comply with the obligations pursuant to the aforesaid contract of insurance.

20. Plaintiff is entitled to recover attorney's fees and costs under F.S. § 627.428 and F.S. § 627.9373.

**WHEREFORE**, Plaintiff demands judgment against Defendant Scottsdale for compensatory damages, interest costs, and attorney's fees pursuant to F.S. 627.428 and F.S. § 627.9373. Plaintiff further demands trial by jury.

Dated April 13, 2018.

Imran Malik, Esquire
Malik Law P.A.
Attorney for Plaintiff
Florida Bar Number: 0041501
1061 Maitland Center Commons Blvd.
Maitland, FL 32751
Phone: (407) 500 1000
Email: pleadings@imaliklaw.com